IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FILED APR 2 2015
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

\# 13

CASE NO. 13-80103
Attorney: THOMAS C. MCBRIDE
Chapter 13

DANNY FERRILL RILEY
CHERALYN GUSSONI RILEY
DEBTORS

## TRUSTEE'S REPORT AND RECOMMENDATION

1. A Plan has been previously confirmed.

1. Debtors attended a Section 341 Meeting.

2. **Debtor present at a Confirmation Hearing on April 4, 2013** *EXCUSED*

3. Payments to the Plan **have** been made and are current.

4. Income and Expense Schedules I and J summarized below are reasonable.

   | | |
   |---|---|
   | Income | $5727.43 |
   | Expenses | $4367.43 |
   | Disposable Income | $1360.00 |

5. Objection to Confirmation has been filed by:
   1. The plan proposes to decrease monthly plan payments from $1,490.00 to $200.00; however, the debtor(s) has/have failed to amend Schedules I and J and provide the trustee with recent proof of income in complianc with 11 U.S.C. Section 521 (a)(3), nor has/have Debtor(s) provided proof of a change in circumstances to warrant a reduction in plan payments.-RESOLVED

6. **THE OBJECTION HAS BEEN RESOLVED**

7. A Modified Plan was filed on , with hearing set for .

8. The Trustee **DOES RECOMMEND CONFIRMATION**

Respectfully submitted this 2nd day of APRIL 2015.

Jon C. Thornburg, Chapter 13 Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)

PROCESSED
RETAIN PER ADMINISTRATIVE
PROCEDURES

13-80103 - #46 File 04/02/15 Enter 04/02/15 16:19:50 Main Document Pg 1 of 1